MPD:lmc  16-218

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED OHIO INSURANCE COMPANY | : |
| | : |
| VS. | :   C.A. NO.:  1:16-cv-436 |
| | : |
| JOHN A. MURO, OCEAN STATE BUILDERS, INC., | : |
| JENNIFER BURNS, RIVER SIDE CONDOMINIUMS, | : |
| LLC, and MOHAMED H. HUSSEIN | : |

## S T I P U L A T I O N

*In the above-entitled matter, it is agreed that the following entry be made:*

All claims of all parties are hereby dismissed with prejudice, no interest, no costs.


*/s/* Mark P. Dolan
Mark P. Dolan, Esquire (#3280)
RICE DOLAN & KERSHAW
*Attorneys for Plaintiff*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218 (fax)
mdolan@ricedolan.com

*/s/* Michael J. Lepizzera, Jr.
Michael J. Lepizzera, Jr., Esquire (#4995)
Lepizzera & Laprocina
*Attorneys for Defendants John Muro and*
*Ocean State Builders, Inc.*
117 Metro Center Boulevard, Suite 2001
Warwick, RI 02886
(401) 739-7397
(401) 691-3558 (fax)
mlepizzera@leplap.com


*/s/* Andrew M. Teitz
Andrew M. Teitz, Esquire (#3503)
Ursillo, Teitz & Ritch, Ltd.
*Attorneys for Defendant*
*Mohamed Hussein*
2 Williams Street
Providence, RI 02903
(401) 331-2222
(401) 751-5257 (fax)
andyteitz@utrlaw.com

*/s/* Margarita I. Warren
Margarita I. Warren, Esquire (#8956)
Hassett & Donnelly, P.C.
*Attorneys for Defendants*
*River Side Condominiums, LLC*
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287
(508) 791-6252 (fax)
mwarren@hassettanddonnelly.com


DATED:  February 1, 2017